**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.25.116.149,<br><br>   Defendant. | Case Number: 5:26-cv-00155-NW<br><br>Honorable Noel Wise<br><br>[PROPOSED] **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 7, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until June 21, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for April 7, 2026 is continued to July 21, 2026 at 9:00 a.m.

**DONE AND ORDERED**.

Dated: ___March 18, 2026___   By: _____

            **United States District Judge**
            Hon. Noel Wise

1

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and
for Continuance of the Initial Case Management Conference

Case No. 5:26-cv-00155-NW